622

Raymond F. Hayes, appellee, v. Taylor Washing Machine Company, appellant. Gen. No. 37,056.

Opinion filed January 15, 1934.

Oliver J. Chambers, for appellant. Daniel P. Nagle, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Joe Bacigalupo and Commercial Credit Company, appellees, v. Motor Vehicle Casualty Company, appellant. Gen. No. 37,065.

Opinion filed January 15, 1934.

Eckert & Peterson, for appellant; A. R. Peterson and Owen Rall, of counsel. Owen, O'Brien, McKeown & Allan and David Brandwein, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

Emma M. Chadwick, appellee, v. Federal Life Insurance Company, appellant. Gen. No. 36,824.

Opinion filed January 15, 1934.

Eckert & Peterson, for appellant; Tom Leeming, of counsel. John A. Bloomingston, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Lucille Saliba, defendant in error, v. William Weber, plaintiff in error. Gen. No. 36,990.

Opinion filed January 15, 1934. Rehearing denied January 29, 1934.

W. G. Anderson and S. T. Sutton, for plaintiff in error. No appearance for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

Leon Segel and Leon Stitzenberg, appellees, v. Jacob Boos and Henry Boos, appellants. Gen. No. 37,002.